UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-21921-BLOOM

DAVID NEIL GERRARD,

    Petitioner.

v.

YURI KOSHKIN,
TRIDENT GROUP GLOBAL LLC,

    Respondents.

_____/

### ORDER ON PETITION PURSUANT TO 28 U.S.C. § 1782

**THIS CAUSE** is before the Court upon David Neil Gerrard's Petition Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. ECF No. [1] (the "Petition"). The Court has carefully considered the Petition, the Affidavit attached thereto, ECF No. [1-1], the Memorandum of Law in Support, ECF No. [4], the record, and finds that the requested discovery is authorized pursuant to 28 U.S.C. § 1782.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. David Neil Gerrard's Petition Pursuant to 28 U.S.C. § 1782, **ECF No. [1]**, is **GRANTED**.

2. Counsel for Petitioner is authorized to issue and serve the proposed subpoenas to Yuri Koshkin and Trident Group Global, LLC ("Respondents") in the forms attached as to the Petition as Exhibits A-1 and A-2, ECF Nos. [1-2] and [1-3].

3. Petitioner shall seek leave of Court to serve additional subpoenas on persons, entities,

    or financial institutions not included in the Petition, residing in the Southern District of Florida as may be necessary to obtain testimonial and documentary evidence relevant to the foreign proceedings.

4.     Motions to quash the subpoenas, if any, may be addressed pursuant to the procedures set forth in Federal Rule of Civil Procedure 45.

5.     The Clerk of Court shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 24, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record